1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VANGUARD CLINIC, LLC, et al., | No. 2:20-cv-11234-JAK (PDx) |
| Plaintiffs, | **JUDGMENT** |
| v. | **JS-6: CASE TERMINATED** |
| NATIONAL BILLING INSTITUTE, LLC, et al., | |
| Defendants. | |
| AND RELATED CLAIMS | |

1

1  On October 11, 2022, Defendant Resonant Specific Technologies' Motion for
2  Summary Judgment was granted. On September 29, 2023, Defendant Resonant Specific
3  Technologies' later motion for attorney's fees and costs was denied.
4  Judgment is entered for Defendant Resonant Specific Technologies. Plaintiff shall
5  recover nothing. This action shall be dismissed with prejudice. Each party shall bear its
6  own attorney's fees and costs.

9  **IT IS SO ORDERED.**

11 Dated:  October 10, 2023      _____
12                                John A. Kronstadt
13                                United States District Judge